AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Neson Ceyenon,<br>Daniel Cruz, and<br>Antonio Pacheco-Diaz<br><br>*Defendant(s)* | Case No.<br><br>**8:22MJ1325SPF** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 7, 2022** in the county of **Hillsborough** in the **Middle** District of **Tampa**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. §§ 70503(a) and 70506 (a) and (b) | Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Mickey R. Miller, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/6/2022

*Judge's signature*

City and state: Tampa, FL

SEAN P. FLYNN, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Mickey R. Miller, being duly sworn, depose and state:

### Introduction and Agent Background

1.  I am a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI), and have been employed by the HSI since 2006. Since June of 2014, I have been assigned as a Special Agent to the Operation Panama Express Strike Force. Operation Panama Express is a federal Organized Crime Drug Enforcement Task Force ("OCDETF") investigation being conducted by the Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Immigration and Customs Enforcement, Homeland Security Investigations (HSI), the Coast Guard Investigative Service (CGIS), the United States Coast Guard (USCG), and state and local law enforcement agencies. Investigations initiated by Operation Panama Express are prosecuted in the Middle District of Florida (Tampa Division). Special Agents assigned to Operation Panama Express currently investigate cocaine smuggling organizations that are responsible for the transportation of cocaine through international waters of the Caribbean Sea and Pacific Ocean via maritime vessels to transshipment locations for later introduction and distribution into the United States.

## Statutory Authority

2.  I submit this affidavit in support of a criminal complaint charging from an unknown date and continuing through on or about March 7, 2022, while on board a vessel subject to the jurisdiction of the United States, the defendants, Neson CEYENON, Daniel CRUZ, and Antonio PACHECO-Diaz, did knowingly and willfully combine, conspire, and agree with each other and with other persons, to distribute and possess with the intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

3.  The averments contained in this Affidavit are based on my personal knowledge and/or reliable information related to me by other law enforcement officers with whom I have worked on this investigation. Because of the limited purpose of this Affidavit, I have not included each and every fact known to me or other law enforcement agents concerning this investigation. I have included only those facts I believe are necessary to establish probable cause supporting the requested complaint.

## Probable Cause

4.  The United States Coast Guard (USCG) has authority under 14 U.S.C. § 89 to make inquiries, examinations, inspections, searches, seizures, and

arrests upon the high seas and waters over which the United States has jurisdiction, in order to enforce United States law.

5.  On March 7, 2022, a marine patrol aircraft (MPA) visually detected a Go-Fast Vessel (GFV) in international waters in the Caribbean Sea, approximately 114 nautical miles southeast of Isla Beata, Dominican Republic. The HNLMS Friesland, with USCG LEDET 108 on board, diverted to intercept the GFV. The MPA advised there were three persons on board the GFV with packages and fuel barrels visible on deck.

6.  HNLMS Friesland launched its small craft to interdict the GFV.

7.  The HNLMS Friesland small craft arrived on scene and the GFV went dead in the water.

8.  The USCG boarding team on the small craft conducted a right of approach and obtained positive control of the GFV. The boarding team reported the GFV began taking on water after boarding due to rough seas. For safety purposes, the three persons on the GFV, Neson CEYENON, Daniel CRUZ and Antonio PACHECO-Diaz were removed from the GFV. The GFV then partially sank.

9.  The USCG boarding team discovered multiple packages containing approximately three hundred and ten (310) kilograms of suspected contraband on board the GFV. The USCG conducted two Narcotics Identification Kit Tests on suspected contraband. The results of both tests were positive for

cocaine. Neson CEYENON, Daniel CRUZ and Antonio PACHECO-Diaz were then detained.

10. In my training and experience, the GFV is consistent in style, size, and propulsion to other such vessels frequently used to transport cocaine across international waters in the Caribbean Sea.

## CONCLUSION

11. Based upon the foregoing information, I respectfully submit probable cause exists to believe that the following three defendants named herein, Neson CEYENON, Daniel CRUZ, and Antonio PACHECO-Diaz, while on board a vessel subject to the jurisdiction of the United States, knowingly and willfully combined, conspired, and agreed with each other and with other persons to distribute and possess with the intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

_____
Mickey R. Miller, Special Agent
HSI

Sworn to before me in Tampa, Florida
This 6th day of April 2022.

_____
SEAN P. FLYNN
United States Magistrate Judge

4